## ROBINHOOD TRADES APRIL 2018 – DECEMBER 2020

| Purchase Date | Security | Unit | Cost of Purchase | Sale Trade Date | Sale Proceeds | Profit/Loss |
|---|---|---|---|---|---|---|
| 4/12/2018 | Facebook Inc CLA | 4 | $ 657.83 | 9/9/2019 | $ 750.29 | $ 92.46 |
| 4/12/2018 | Tesla Inc Common Stock | 1 | $ 302.01 | 9/29/2019 | $ 240.35 | $ (61.66) |
| 6/18/2018 | Apple Inc | 1 | $ 187.69 | 9/9/2019 | $ 214.29 | $ 26.60 |
| 6/18/2018 | XPO Logistics Inc | 1 | $ 112.48 | 1/14/2020 | $ 80.94 | $ (31.54) |
| 7/26/2018; 10/11/2018; 11/2/2018; 12/4/2018 | Amazon.com Inc | 5 | $ 8,521.80 | 9/12/2019 | $ 9,206.34 | $ 684.54 |
| 8/16/2018; 8/23/2018; 9/14/2018; 11/9/2018; 11/14/2018; 12/6/2018; 12/14/2018; 5/17/2019 | Coeur Mining Inc | 622 | $ 2,725.18 | 9/17/2019 | $ 3,060.29 | $ 335.11 |
| 8/20/2018 | GoPro Inc CLA | 1 | $ 6.23 | 9/27/2019 | $ 5.10 | $ (1.13) |
| 9/19/2018 | Alphabet Inc Class A Common Stock | 1 | $ 1,166.77 | 9/12/2019 | $ 1,224.99 | $ 58.22 |
| 11/9/2018; 12/4/2018 | InnerWorkings | 2 | $ 8.20 | 9/12/2019 | $ 8.36 | $ 0.16 |
| 11/9/2018; 12/4/2018; 12/6/2018 | Aurora Cannabis | 23 | $ 127.06 | 12/7/2018 | $ 131.75 | $ 4.69 |
| 11/19/2018 | GE 11/23/2018 Call $8.50 | 1 | $ 8.00 | | | |
| 11/19/2018 | GE 11/23/2018 Call $8.50 | 1 | $ 8.00 | | | |
| 12/6/2018 | Netflix/ NFLX CUSIP | 1 | $ 268.58 | 9/12/2019 | $ 290.30 | $ 21.72 |
| 12/6/2018 | Royal Bank of Scotland/ RBS CUSIP | 5 | $ 27.23 | 9/26/2019 | $ 25.28 | $ (1.95) |
| 12/6/2018 | Kinross Gold/ KGC CUSIP | 10 | $ 28.30 | 9/3/2019 | $ 51.98 | $ 23.68 |
| 5/10/2019 | Uber/ UBER CUSIP | 20 | $ 840.00 | 1/14/2020 | $ 691.68 | $ (148.32) |
| 5/17/2019 | Pinterest/ PINS CUSIP | 4 | $ 110.52 | 9/3/2019 | $ 133.76 | $ 23.24 |
| 5/7/2020 | K12/ LRN CUSIP | 45 | $ 994.50 | 7/6/2020 | $ 1,500.82 | $ 506.32 |
| 5/14/2020 | 3M/ MMM CUSIP | 7 | $ 944.93 | 7/13/2020 | $ 1,083.71 | $ 138.78 |
| 7/13/2020 | Datadog/ DDOG CUSIP | 11 | $ 957.11 | 8/4/2020 | $ 1,034.30 | $ 77.19 |
| 7/13/2020 | DocuSign/ DOCU CUSIP | 5 | $ 959.50 | 8/4/2020 | $ 1,126.26 | $ 166.76 |
| 7/17/2020 | K12/ LRN CUSIP | 29 | $ 1,353.86 | 8/4/2020 | $ 1,357.32 | $ 3.46 |
| 7/20/2020 | Netflix/ NFLX CUSIP | 2 | $ 984.35 | 8/4/2020 | $ 1,014.14 | $ 29.79 |
| 8/4/2020; 8/5/2020; 8/6/2020; 8/10/2020; 8/11/2020; 8/12/2020; | Verb Technology/ VERB CUSIP | 58,326.40 | $ 72,572.38 | 12/16/2020; 12/18/2020; 12/21/2020 | $ 96,191.20 | $ 23,618.82 |
| 10/26/2020 | CHGG 11/20/2020 Call $70.00 | 2 | $ 3,580.00 | 11/4/2020; 11/20/2020 | $ 944.95 | $ (2,635.05) |
| 10/26/2020 | CHGG 11/20/2020 Call $75.00 | 9 | $ 12,420.00 | 11/4/2020; 6 expired 11/20/2020 | $ 1,229.96 | $ (11,190.04) |
| 12/16/2020 | QuantumScape/ QS CUSIP | 170 | $ 10,400.60 | 12/21/2020 | $ 14,097.76 | $ 3,697.16 |
| 12/31/2020 | QuantumScape/ QS CUSIP | 34 | $ 2,960.35 | | | |
| Total Cost: | | | $ 123,233.46 | | | |

1