## TradeStation Acct. -4680 Non-Chegg Individual Trades

| Purchase Date | Security | Units | Cost of Purchase | Sale Trade Date | Sale Proceeds | Profit/Loss |
|---|---|---|---|---|---|---|
| 3/13/2020 | UNITED CONTL HLDGS INC MAR 20,2020 @ 34 PUT 100 MULTIPLIER | 10 | $3,060.16 | 3/18/2020 | $ 9,139.61 | $ 6,079.45 |
| 4/2/2020 | ETF SER SOLUTIONS US GLB JETS | 754 | $ 10,003.04 | 5/4/2020 5/5/2020 | $ 10,148.34 | $ 145.30 |
| 5/13/2020 | STERIS PLC MAY 15,2020 @ 150 CALL 100 MULTIPLIER | 19 | $ 4,954.81 | 5/14/2020 | 5,130.03 | $ 175.22 |
| 5/13/2020 | STERIS PLC MAY 15,2020 @ 155 CALL 100 MULTIPLIER (2 transactions combined) | 36 | $ 4,738.59 | 5/14/2020 | 3,076.26 | $ (1,662.33) |
| 5/19/2020 | MCKESSON CORP MAY 22,2020 @ 140 CALL 100 MULTIPLIER | 10 | $ 7,410.16 | 5/20/2020 | 3,189.74 | $ (4,220.42) |
| 5/19/2020 | MCKESSON CORP MAY 22,2020 @ 145 CALL 100 MULTIPLIER | 5 | $ 2,082.58 | 5/20/2020 | 392.40 | $ (1,690.18) |
| 5/19/2020 | MCKESSON CORP MAY 22,2020 @ 150 CALL 100 MULTIPLIER | 4 | $ 927.07 | 5/20/2020 | 152.91 | $ (774.16) |
| 5/20/2020 | Barclays BK PLC June 19, 2020 @ 50 CALL (2 transactions) | 19 | $ 2,066.81 | 5/29/2020; 6/4/2020 | $ 618.12 | $ (1,448.69) |
| 7/17/2020 | K12 INC AUG 21,2020 @ 50 CALL 100 MULTIPLIER | 19 | $ 10,274.81 | 7/29/2020 | 10,244.91 | $ (29.90) |
| 7/27/2020 | NEW ORIENTAL ED & TECH GRP INC AUG 21,2020 @ 140 CALL 100 MULTIPLIER | 8 | $ 5,209.13 | 7/28/2020 | 4,390.75 | $ (818.38) |