**VANGUARD TRADES AUGUST 2019 – AUGUST 2020**

| Purchase Date | Security | Unit | Cost of Purchase | Sale Trade Date | Sale Proceeds | Profit/Loss |
|---|---|---|---|---|---|---|
| 8/28/2019 | Vanguard Growth & Income Investor CL | 220.27 | $ 10,564.14 | 11/21/2019 | $ 11,357.12 | $ 792.98 |
| 4/21/2020 | Chegg Limit Order @ $35.15 (Not Filled) | 28 | | | | |
| 5/1/2020 | Chegg | 271 | 11,415.51 | 6/19/2020 | $ 18,472.31 | $ 7,056.80 |
| 7/24/2020 | Chegg | 200 | $ 14,603.84 | 8/7/2020 | $ 17,851.61 | $ 3,247.77 |
| 7/24/2020; 7/27/2020 | New Oriental Education & Technology Group Inc SPON ADR | 71 | $ 9,751.28 | 7/30/2020 | $ 9,816.24 | $ 64.96 |
| 7/30/2020 | Verb Technology Co Inc | 9,555 | $ 9,891.70 | | | |
| 8/3/2020 | Draftkings Inc CL A | 1 | $ 32.58 | | | |
| 8/10/2020 | Verb Technology Co Inc | 13,000 | $ 17,230.39 | | | |
| 8/10/2020 | Verb Technology Co Inc | 492 | $ 637.14 | | | |