**Press Release Details**

View all Press Releases >

Chegg Announces $500 Million Securities Repurchase Program

June 16, 2020

SANTA CLARA, Calif.--(BUSINESS WIRE)-- Chegg, Inc. (NYSE: CHGG), a Smarter Way to Student®, today announced its board of directors has authorized the repurchase of up to $500 million of Chegg's common stock and/or convertible notes, through open market purchases, block trades and/or in privately negotiated transactions or pursuant to Rule 10b5-1 plans, in compliance with applicable securities laws and other legal requirements. The timing, volume, and nature of any repurchases will be determined by Chegg's management, in consultation with the board's Finance Committee, based on its evaluation of the capital needs of the business, market conditions, applicable legal requirements, and other factors. The repurchase program may extend over a period of approximately eighteen months, ending on December 31, 2021. Chegg currently expects to fund the repurchase program from its existing cash balance and future cash flows from operations.

**Cautions Regarding Forward-Looking Statements**

This press release contains forward-looking statements, including Chegg's intention to implement a program to purchase up to $500 million of Chegg's common stock and/or convertible notes; the expected timing, volume and nature of such securities repurchase program; the duration of the program; and the expected source of funding. There are a number of important factors that could cause actual events to differ materially from those suggested or indicated by such forward-looking statements. These include, among others, the market price of Chegg's common stock prevailing from time to time, the amount of Chegg's cash commitments, the nature of other acquisition or investment opportunities presented to Chegg from time to time, Chegg's cash flows from operations, general economic conditions, and other factors identified in Chegg's Quarterly Report on Form 10-Q for the Quarterly Period Ended March 31, 2020, as filed with the Securities and Exchange Commission on May 4, 2020. Additional information will also be set forth in Chegg's future quarterly reports on Form 10-Q, annual reports on Form 10-K and other filings that we make with the Securities and Exchange Commission. These forward-looking statements are subject to material risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. Chegg is under no obligation, and expressly disclaims any obligation, to update or alter its forward-looking statements whether as a result of new information, future events, or otherwise.

**About Chegg**

Chegg is a Smarter Way to Student. As the leading direct-to-student learning platform, we strive to improve educational outcomes by putting the student first in all our decisions. We support students on their journey from high school to college and into their career with tools designed to help them pass their test, pass their class, and save money on required materials. Our services are available online, anytime and anywhere, so we can reach students when they need us most. Chegg is a publicly held company based in Santa Clara, California and trades on the NYSE under the symbol CHGG. For more information, visit www.chegg.com.

View source version on businesswire.com: https://www.businesswire.com/news/home/20200616005968/en/

**Investor Contact**
Tracey Ford
ir@chegg.com

**Media Contact**
Heather Hatlo Porter
Press@chegg.com

Source: Chegg, Inc.

View all Press Releases >



**Transfer Agent**

American Stock Transfer & Trust Company
San Francisco

San Francisco

Phone : (800) 937-5449

**Request a Meeting**

We invite institutional investors to meet with our management team.

📅 Request now

| COMPANY | LEGAL & POLICIES | CHEGG PRODUCTS AND SERVICES | |
|---|---|---|---|
| About Chegg | Advertising Choices | Cheap Textbooks | Chegg Math Solver |
| Chegg For Good | Cookie Notice | Chegg Coupon | Mobile Apps |
| College Marketing | General Policies | Chegg Play | Solutions Manual |
| Corporate Development | Intellectual Property Rights | Chegg Study Help | Study 101 |
| Investor Relations | Terms of Use | College Textbooks | Textbook Rental |
| Jobs | Global Privacy Policy | eTextbooks | Used Textbooks |
| Join Our Affiliate Program | DO NOT SELL MY INFO | Flashcards | Digital Access Codes |
| Media Center | Honor Code | Learn | Chegg Life |
| Site Map | Honor Shield | Uversity | Chegg Writing |
| | Academic Integrity | | |

| CHEGG NETWORK | CUSTOMER SERVICE |
|---|---|
| Easybib | Customer Service |
| Internships.com | Give Us Feedback |
| Thinkful | Manage Subscription |
| Busuu | |
| Mathway | |