FD-302 (Rev. 5-8-10)

- 1 of 6 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    09/09/2021

    TRACEY FORD, a white female, was interviewed via WebEx video-teleconference pursuant to proffer agreements with the United States Attorney's Office for the Northern District of Illinois and the United States Securities and Exchange Commission ("SEC"). Also present during the interview were Assistant United States Attorneys Matthew Getter and Vikas Didwania, SEC attorneys Austin Stephenson and Brian Fagel, and attorneys Michael Welsh, Tina Sundar, Woodie Dixon and Matthew Kutcher. Upon being advised of the identity of the investigating agent and the nature of the interview, FORD provided the following information.

    FORD has been employed by CHEGG for approximately five years as the Vice President of Investor Relations. As such, she is the voice of CHEGG to Wall Street and her responsibilities include educating Wall Street analysts and investors about the company. They often ask her anything and everything about CHEGG. FORD also helps CHEGG Executives understand what Wall Street thinks of the company. CHEGG Investor Relations puts out a press release with quarterly CHEGG earnings numbers about three to four weeks after the end of the quarter, coinciding with its quarterly earnings call with Wall Street analysts. This usually works out to be around the fifth Monday after the end of the quarter. Investor Relations does not broadly disseminate any earnings related information across the company until the earnings press release is put out. Until that time, there is only a small group at CHEGG that is in the know about earnings related information.

    There are a lot of internal CHEGG processes used to pull together the necessary metrics and financial data following the end of the quarter and before the earnings call. Within CHEGG, key employees and executives conduct a "theme meeting" after the end of the quarter but a couple of weeks before the earnings call. The theme meeting is done after CHEGG has pulled together reasonably accurate numbers for the quarter. These numbers are not necessarily finalized by that time, however. During the theme meeting, FORD

---

Investigation on   09/01/2021   at   Chicago, Illinois, United States (Phone)

File #   318D-CG-3349282      Date drafted   09/02/2021

by   POTTER BRENT E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI302_000008

FD-302a (Rev. 5-8-10)

318D-CG-3349282

Continuation of FD-302 of (U) Interview of TRACEY FORD , On 09/01/2021 , Page 2 of 6

tries to educate CHEGG executives as to the questions that will probably come up from Wall Street analysts in the earnings call.

The data is pulled together in a couple of sets, including financials and various performance metrics, including the number subscribers and subscriber engagement. The CHEGG Finance Team is responsible for the financial numbers and there is an Analytics Team that pulls together the performance metrics. The Chief Financial Officer ("CFO") and the Vice President of Finance are in charge of the financial numbers. The performance metrics all get put into the "Earnings Metrics File," a massive shared file within CHEGG that encompasses a very large data set. Only a relatively small data subset is actually used in the performance metrics that may make it into CHEGG's quarterly earnings report and/or earnings call. FORD did not know the details about how the metrics data gets pulled together every quarter.

FORD recalled that the theme meeting for the first quarter of 2020 ("Q1") took place on or about April 16th, 2020 and it would have included the CEO, DAN ROSENSWEIG; CFO ANDREW BROWN; FORD; DAVE BURNHART, Vice President of Finance; GARY WONG, Director of Finance; JOHN FILLMORE, Head of Strategy; Acting General Counsel DANA JEWELL; HEATHER PORTER, Chief of Communications; MARK BOXER, PORTER's deputy at Communications; and GIRISH KRISHNASWAMY, the number two under NATHAN SCHULTZ, President of Learning Services. While FORD did not recall the specifics of the meeting, the group would have discussed the financial numbers and metrics, as they did at each theme meeting. There is usually a Powerpoint presentation by the Finance Team, followed by a discussion of revenue and a comparison with analyst expectations for the quarter. They would have also discussed the forecast for Q2 at that point. CHRIS KLUNDT was not an attendee at the theme meetings and he was not present for that particular meeting.

The Finance Team Powerpoint was not distributed to a larger audience of CHEGG employees after the theme meeting. The purpose of the quarterly theme meeting is to pull together numbers and ideas in order to begin writing the earnings call scripts for the CEO and CFO. After the theme meeting, the same team typically gets together a few days later and they go over the first draft of the script. They might gather additional metrics from the business units if needed. FORD did not recall whether they needed additional metrics after the April 16th 2020 theme meeting.

FD-302a (Rev. 5-8-10)

318D-CG-3349282

Continuation of FD-302 of  (U) Interview of TRACEY FORD _____ , On  09/01/2021 , Page  3 of 6

Generally, FORD and the CFO collaborate to write the CFO script.  HEATHER POWELL and MARK BOXER work together to draft the CEO script.  The draft scripts stay within the same teams during the revision process and they meet every day or so to tweak and make changes.  KRISHNASWAMY  usually comes to the theme meeting to provide metrics and then does not show up for subsequent meetings when the scripts are being revised.

AUSA Getter read from a CFO script draft dated April 27, 2020, Bates number 17786.  "in just the last two weeks of March, new subscribers grew 119% year over year."  This was "through the roof" - a huge increase in subscribership and a very substantial business development.  FORD recalled that this statement and number was in a draft of the script for Q1.  It was all the more noteworthy because several Wall Street analysts expected that, with educational disruptions due to the Covid pandemic, CHEGG would not report great Q1 results.  At that time, investors were trying to look at various metrics after the students were sent home and they thought that CHEGG might not have done so well for Q1.  The massive increase in March 2020 subscribership probably would have come as a significant surprise to Wall Street analysts following CHEGG.

Instead, once the pandemic started and everyone left schools, CHEGG's subscribership increased substantially in March 2020.  They toyed around with the idea of including the 119% subscribership increase in the last two weeks of March in the CFO script.  This number logically indicated that CHEGG would have an even better Q2 over Q1 because the growth rate had accelerated towards the end of Q1.  JOHN FILLMORE provided this particular statistic.

The 119% subscriber increase figure was dropped in a subsequent draft script dated April 28th.  FORD recalled that this particular statistic did not end up in the final script either.  There was a lot of discussion about this number.  CHEGG did not want to convey the wrong message to the market that Q2's growth might also approach 100%.  Instead, they decided on a providing to the market a "floor" for subscriber growth of 45% for Q2.  They had little doubt that the number would actually be higher than 45%, but wanted to be more reserved in the earnings call.  Ultimately, CHEGG decided that 119% was not a realistic subscriber growth number for Q2 and was not indicative of what they thought the business would do in the next quarter. Had CHEGG stuck with the 119% growth number in the earnings call on May 4th,

FD-302a (Rev. 5-8-10)

318D-CG-3349282

Continuation of FD-302 of (U) Interview of TRACEY FORD _____ , On 09/01/2021 , Page 4 of 6

investors and Wall Street analysts would have sent CHEGG stock even higher
and maybe would have gotten carried away with their expectation for Q2. The
45% figure was for exactly the same metric - subscriber growth for the
overall business. Subscriber growth was a metric that had been revealed
publicly in the past by CHEGG and was normally a part of the quarterly
earnings calls.

"Engagement" was a CHEGG term describing the amount of subscriber use of
CHEGG products. If engagement was increasing, subscribers were utilizing
CHEGG products more frequently and for longer periods of time.

There were two components to the internal Chegg meeting that took place
on May 1, 2020. This was a Zoom call in which CHEGG Vice Presidents and
above dialed in to listen live while the CEO and CFO record their finalized
earnings call scripts. After this, they had a discussion about the scripted
portion and they discussed potential questions that Wall Street analysts
might pose. This was a regular CHEGG practice that normally took place a
few days prior to quarterly earnings calls.

CHRIS KLUNDT was a CHEGG Vice President under Learning Services at the
time and would have been dialed in to this May 1 call. There was discussion
on the call about what a successful quarter CHEGG had just had. There was
also discussion of the 45% subscriber growth number and the fact that
CHEGG considered this number the "floor" for Q2 subscriber growth, but she
did not recall any discussion of the earlier 119% number. FORD did not
specifically recall discussion about the Q2 revenue projections but that
also usually takes place in these meetings. FORD did not recall any
specific discussion concerning KLUNDT's business group, nor did she recall
him saying anything during the meeting.

KLUNDT runs a group known as CHEGG PREP, which was originally acquired by
CHEGG as STUDY BLUE. CHEGG PREP was a free flash card application and it
did not generate any revenue for CHEGG. As such, nothing pertaining to
CHEGG PREP was material to the earnings process. Accordingly,
KLUNDT's business unit should not have been mentioned at all in the May 1
pre-earnings meeting because it did not matter as far as earnings went. The
subscriber number is a reference to paid subscribers only, so CHEGG PREP
users were not rolled up into this subscriber count. Investors do not ask
about CHEGG PREP because it does not generate revenue.

FD-302a (Rev. 5-8-10)

318D-CG-3349282

Continuation of FD-302 of  (U) Interview of TRACEY FORD _____ , On  09/01/2021 , Page  5 of 6

The discussion on the pre-earnings call generally is less about the numbers and more about what they are seeing in the business overall.  After the May 1 meeting, which was a Friday, FORD did not recall any edits being made to either of the scripts.  If any edits were made, they would have to re-record the scripts, which was not done.

Part of FORD's process is to create a Powerpoint presentation that goes up on the Investor Relations website after the earnings call has taken place.  FORD identified the Q1 – 2020 Investor Presentation as shown to her on the screen by AUSA Getter.  FORD believed that Wall Street analysts and investors would receive the CHEGG Q1 results very well after the May 4 earnings call.

AUSA shared his screen which contained an e-mail dated 3/6/2020 from ASHWINI TASGAONKAR.  TASGAONKAR worked for JOHN FILLMORE and their team is in charge of the big shared CHEGG metrics file.  FORD was not aware beforehand that two additional metrics were being added to the earnings report.

AUSA Getter showed FORD an e-mail from TARUNA GUPTA to KLUNDT on 4/16/2020.  FORD did not know GUPTA and she did not believe that this e-mail pertained to information that would be part of the earnings call.  The link in this e-mail could be the big shared CHEGG earnings metrics file.  FORD speculated, but did not know for sure, that KLUNDT probably had access to that big CHEGG earnings file.  This file contained quarterly data and probably would not have contained the 119% subscriber growth figure because that came specifically from the last two weeks of March.

AUSA Getter showed an e-mail dated 4/30/2020 from KRISHNASWAMY to KLUNDT and others.  The metrics on this e-mail were not discussed at the May 1 pre-earnings meeting.  KRISHNASWAMY knew that the CHEGG CEO and CFO would never use CHEGG PREP information in the quarterly earnings call, simply because CHEGG PREP earned no revenue.  FORD speculated that this e-mail from him was just a tactic that he used to motivate his team to supply the requested information more quickly.

AUSA Getter showed an e-mail dated 5/1/2020 from KRISHNASWAMY to KLUNDT and others.  FORD did not know what "LSA KPIs" were.

AUSA Getter showed an e-mail dated 5/3/2020 from NIRAN BEN DAVID.  FORD

smth

FD-302a (Rev. 5-8-10)

318D-CG-3349282

Continuation of FD-302 of  (U) Interview of TRACEY FORD                    , On  09/01/2021 , Page  6 of 6


did not know who BEN DAVID was.  None of the topics referenced in this e-mail were discussed at the May 1 pre-earnings meeting.

   AUSA Getter showed an e-mail chain dated 3/19/2020.  The information referenced in this e-mail would go in the shared CHEGG big earnings metrics prep file and was not something that would be in the quarterly earnings report or call.

   FORD was familiar with the press release put out by CHEGG on June 16, 2020 about a $500 million securities buy back program covering company stock or convertible notes.  As the company stock price went up, convertible notes would get more expensive for CHEGG as they were converted to shares by the holders.  If the market turned and went negative and the company stock price went down, it would give CHEGG the chance to buy back stock at a better price if it was advantageous to do so.  FORD became aware of this plan a few days before June 16, when she was engaged in putting together the press release.  The Communications Team, lawyers and Accounting Team also would have known about the buy back plan a few days ahead of the announcement.  FORD did not know exactly who on those teams knew about the buy back program.  In addition to the in-house CHEGG personnel, there was an outside consulting team that helped to put together the buy back plan .  FORD did not know when the CHEGG Board of Directors approved the buy back plan.