2021 10 18 20 GJ 1373 Brent Potter
October 18, 2021

Page 5

1 securities fraud, including insider trading.
2     And when they obtain
3 information that they believe indicates that
4 there may be a violation of securities laws,
5 they will then refer that investigation to a --
6 to government regulatory agencies, such as the
7 Securities and Exchange Commission or to the
8 FBI, which also conducts criminal investigation
9 of securities-related offenses.
10     So that's how it came to our
11 attention.
12   Q.    **Agent Potter, did attorneys for Chegg**
13 **say that Christopher Klundt was not part of the**
14 **team at Chegg that was provided with the CEO and**
15 **CFO draft statements prior to the May 1, 2020**
16 **internal meeting?**
17   A.    That's correct.
18   Q.    **Did attorneys for Chegg say that**
19 **Klundt, Christopher Klundt, did not have access**
20 **to the Chegg database in April 2020 that**
21 **contained what essentially amounts to real-time**
22 **financial data for Chegg?**
23   A.    That's right.
24   Q.    **And did attorneys for Chegg say that**
25 **Klundt did not have official advance access to**

2021 10 18 20 GJ 1373 Brent Potter
October 18, 2021

Page 6

1   information about the June 16, 2020 announcement
2   that Chegg was doing a buy-back of certain of
3   its securities?
4       A.   Yes, they did.
5       Q.   Agent Potter, I -- I believe you
6   testified the last time you were here that you
7   did not find any of these texts that we have
8   discussed on Christopher Klundt's phone when you
9   conducted the search of the phone pursuant to
10  the execution of a search warrant, is that
11  right?
12      A.   Yes.
13      Q.   Has anything changed in the last two
14  weeks with regard to finding any texts on
15  Mr. Klundt's telephone?
16      A.   Yes.
17      Q.   Could you please describe for the Grand
18  Jury what has happened in the last two weeks?
19      A.   So, I've been conducting an extensive
20  review of the items that we found on
21  Mr. Klundt's phone and I found that we do, in
22  fact, have copies of his texts preserved on the
23  forensic image of that phone. They were just
24  stored in a different way than they were stored
25  on Mr. Sargent's phone.

L.A. Court Reporters, L.L.C.
312-419-9292